(113 So. 813)

### No. 28595.

## STATE v. Bill MILLER.

**In re Bill MILLER, Applying for Writs of Certiorari and Prohibition Directed to the Judge of the City Court of Minden.**

May 23, 1927.  Rehearing Denied July 11, 1927.

McInnis & Campbell, of Minden, for relator. D. W. Stewart, Jr., Asst. Dist. Atty., and L. K. Watkins, both of Minden, for respondents Drew and Lee.

OVERTON, J.  Relator was convicted in the city court of Minden for assault and battery, and was sentenced accordingly.  The issues presented are identical with those decided this day in State v. Gooch (No. 28624) ante, p. 186, 113 So. 812.

For the reasons there assigned, the judgment under review is affirmed, and the stay order herein issued is revoked.